FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 NOV -8  P 2: 55

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DUSTIN S. TARR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. MJG-01-3029 |
| ) | |
| LANKFORD-SYSCO FOOD ) | |
| SERVICES, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of Plaintiff's Motion for Leave to File his First Amended Complaint, and any opposition thereto, it is this _8th_ day of _November_, 2001,

**ORDERED** that Plaintiff's Motion for Leave to file his First Amended Complaint is hereby granted; and it is

**FURTHER ORDERED** that Plaintiff is entitled to a trial by jury; and it is

**FURTHER ORDERED** that Plaintiff's First Amended Complaint is hereby deemed filed the date it was originally received by the Court.

_____
JUDGE