UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DUSTIN S. TARR, )
)
Plaintiff, )
)
v. ) Case No. MJG-01-3029
)
LANKFORD-SYSCO FOOD )
SERVICES, LLC, )
)
Defendant. )

**STIPULATION REGARDING DESIGNATION OF REBUTTAL EXPERTS AND SUPPLEMENTATION OF RULE 26(e)(2) DISCLOSURES AND RESPONSES**

The parties, by and through their undersigned counsel, hereby stipulate that Plaintiff's rebuttal Rule 26(a)(2) designation will be made by February 27, 2002 and that Rule 26(e)(2) supplementation of disclosures and responses will be due on March 6, 2002.

Omar V. Melehy /s/
Omar V. Melehy, Esq., Bar # 03712
Stephani L. Hillman, Esq., Bar #14362
Zipin, Melehy & Driscoll LLC
8630 Fenton Street
Suite 110
Silver Spring, Maryland 20910

Attorneys for Plaintiff

Jonathan Topazian /s/
Jonathan Topazian, Esq., Bar #23716
Semmes, Bowen & Semmes, P.C.
1001 Connecticut Ave., N.W.
Suite 1100
Washington, D.C. 20036

Attorneys for Defendant

**Approved this** 14th **day of** January, 2002.

_____
JUDGE