UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DUSTIN S. TARR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. MJG-01-3029 |
| ) | |
| LANKFORD-SYSCO FOOD ) | |
| SERVICES, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the Joint Motion to Modify the Scheduling Order, it is this **5th** day of **February**, 2002,

**ORDERED** that the Motion is hereby **GRANTED**; and it is

**FURTHER ORDERED** that the Scheduling Order is modified to extend all remaining deadlines by 30 days; and it is

**FURTHER ORDERED** that the new deadlines are as follows:

| | |
|---|---|
| **Discovery deadline; submission of status report** | April 25, 2002 |
| **Requests for admission served** | May 2, 2002 |
| **Dispositive pre-trial motions deadline** | May 23, 2001 |

_____
JUDGE

\\Host\data\Tarr_D\101-372\Pldg\consentmotion.wpd