UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DUSTIN S. TARR, )
 )
 Plaintiff, )
 )
 v. ) Case No. MJG-01-3029
 )
LANKFORD-SYSCO FOOD )
SERVICES, LLC. )
 )
 Defendant. )
 )

### LINE

The Clerk will please withdraw the Motion for Leave to File Second Amended Complaint and the Second Amended Complaint filed by Plaintiff on or about February 15, 2002.

Respectfully submitted,

*Omar V. Melehy/SH*
Omar V. Melehy, Esq., Bar No. 05712
Stephani L. Hillman, Esq., Bar No. 14362
Zipin, Melehy & Driscoll, LLC
8630 Fenton Street
Suite 110
Silver Spring, Maryland 20910
(301) 587-6364 (telephone)
(301) 587-6308 (facsimile)
Attorneys for Plaintiff

Approved this 1st day of March, 2002

*Marvin J. Garbis*
Marvin J. Garbis
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of February, 2002, a copy of the foregoing Line was mailed postage pre-paid to: Jonathan R. Topazian, Esquire, Semmes, Bowen & Semmes, 1001 Connecticut Ave., N.W., Washington, D.C. 20036. (Attorneys for Defendant).

_____
Stephani L. Hillman