UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DUSTIN S. TARR,                )
                               )
            Plaintiff,         )
                               )    C.A. No. MJG-01-3029
        v.                     )
                               )
LANKFORD-SYSCO FOOD            )
  SERVICES, LLC                )
                               )
            Defendant.         )

## CONSENT ORDER

Upon consideration of Defendants' Consent Motion for Extension of Time to File Opposition to Plaintiff's Motion for Leave to File a Second Amended Complaint, it is this 29th day of March, 2002

ORDERED, that the foregoing motion is hereby GRANTED, and it is

FURTHER ORDERED, that Defendant shall have through and including April 3, 2002 to file its Opposition to Plaintiff's Motion.

_____
Judge, U.S. District Court for the
District of Maryland

cc:  Jonathan R. Topazian
     1001 Connecticut Ave., N.W.
     Suite 1100
     Washington, D.C. 20036

     Omar Melehy, Esq.
     Stephani Hillman, Esq.
     Zipin, Melehy & Driscoll
     8630 Fenton Street, Suite 110
     Silver Spring, Maryland 20910

W0007549.WPD