UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DUSTIN S. TARR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. MJG-01-3029 |
| v. | ) | |
| | ) | |
| LANKFORD-SYSCO FOOD | ) | |
| SERVICES, LLC | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT ORDER

Upon consideration of Defendants' Second Consent Motion for Extension of Time to File Opposition to Plaintiff's Motion for Leave to File a Second Amended Complaint, it is this 3rd day of April, 2002

ORDERED, that the foregoing motion is hereby GRANTED, and it is

FURTHER ORDERED, that Defendant shall have through and including April 8, 2002 to file its Opposition to Plaintiff's Motion.

_____
Judge, U.S. District Court for the
District of Maryland

cc:   Jonathan R. Topazian
      1001 Connecticut Ave., N.W.
      Suite 1100
      Washington, D.C. 20036

      Omar Melehy, Esq.
      Stephani Hillman, Esq.
      Zipin, Melehy & Driscoll
      8630 Fenton Street, Suite 110
      Silver Spring, Maryland 20910

W00075491.WPD