UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DUSTIN S. TARR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LANKFORD-SYSCO FOOD )<br>SERVICES, LLC, )<br>)<br>Defendant. )<br>) | Case No. MJG-01-3029 |

### ORDER

Upon consideration of the Consent Motion to Extend the Time for Filing a Reply to Defendant's Opposition to Plaintiff's Motion for Leave to File Second Amended Complaint, it is this 25th day of April, 2002,

**ORDERED** that the Motion is hereby **GRANTED**; and it is

**FURTHER ORDERED** that the time for filing a reply brief is extended to April 26, 2002.

_____
JUDGE

\\Host\data\Tarr_D\101-372\Pldg\Consent.Mot.Ext.Repply.wpd