UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DUSTIN S. TARR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. MJG-01-3029 |
| v. | ) | |
| | ) | |
| LANKFORD-SYSCO FOOD | ) | |
| SERVICES, LLC | ) | |
| | ) | |
| Defendant. | ) | |

### CONSENT ORDER

Upon consideration of Defendants' Consent Motion To Take Second (Limited) Deposition Of Plaintiff And To Serve/Enforce Records Subpoenas In The Event Summary Judgment Is Denied, it is this 26th day of April, 2002

ORDERED, that the foregoing motion is hereby GRANTED.

_____
Judge, U.S. District Court for the
District of Maryland

cc:   Jonathan R. Topazian
      1001 Connecticut Ave., N.W.
      Suite 1100
      Washington, D.C. 20036

      Omar Melehy, Esq.
      Stephani Hillman, Esq.
      Zipin, Melehy & Driscoll
      8630 Fenton Street, Suite 110
      Silver Spring, Maryland 20910

W0007679.WPD

