UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DUSTIN S. TARR, | ) |
| Plaintiff, | ) |
| v. | ) Case No. MJG-01-3029 |
| LANKFORD-SYSCO FOOD SERVICES, LLC, | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of the Plaintiff's Motion to Take the De Bene Esse Deposition of Dr. Baumann After Summary Judgment Proceedings, and any opposition thereto, it is this _15th_ day of _May_, 2002,

**ORDERED** that the Motion is hereby **GRANTED**; and it is

**FURTHER ORDERED** that* Plaintiff is permitted to take the *de bene esse* deposition of Dr. Baumann after the Court has resolved any dispositive motions that are filed. *This is not a ruling that such deposition may be taken at all. The matter of whether any deposition will be permitted shall be addressed in due course.*

_____
JUDGE

\* with respect to timing issues.