UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DUSTIN S. TARR, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LANKFORD-SYSCO FOOD ) <br> SERVICES, LLC, ) <br> ) <br> Defendant. ) <br> ) | Case No. MJG-01-3029 |

## ORDER

Upon consideration of the Plaintiff's Motion to Take Depositions With Respect to Defendant's Financial Condition After Resolution of Dispositive Motions, and any opposition thereto, it is this ___15th___ day of ___May___, 2002,

**ORDERED** that the Motion is hereby **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiff is permitted to take any necessary depositions with respect to Defendant's financial condition after the Court has resolved any dispositive motions that are filed. *This does not foreclose Defendant from objecting to any such deposition.*

_____
JUDGE