UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DUSTIN S. TARR, )
)
Plaintiff, )
)
v. ) Case No. MJG-01-3029
)
LANKFORD-SYSCO FOOD )
SERVICES, LLC, )
)
Defendant. )
)

## ORDER

Upon consideration of the Joint Motion to Modify Summary Judgment Briefing Schedule, it is this _21st_ day of _May_, 2002

**ORDERED** that the foregoing Motion is hereby **GRANTED**; and it is

**FURTHER ORDERED** that the Briefing Schedule for Summary Judgment is as follows:

a.  Defendant's Motion   –   June 6, 2002

b.  Plaintiff's Opposition   –   July 1, 2002

c.  Defendant's Reply   –   July 15, 2002

_/s/ Marvin J. Garbis_
Judge, U.S. District Court for the
District of Maryland

cc:  Jonathan Topazian, Esq.          Omar V. Melehy, Esq.
     Semmes, Bowen & Semmes, P.C.     Stephani L. Hillman, Esq.
     1001 Connecticut Ave., N.W.      Zipin, Melehy & Driscoll, LLC
     Suite 1100                       8630 Fenton Street, Suite 110
     Washington, D.C. 20036           Silver Spring, Maryland 20910

W0007958.WPD