FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUN 20 P 4: 15

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

_____FILED    _____ENTERED
_____LODGED _____RECEIVED

JUN 2 1 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____DEPUTY

DUSTIN S. TARR,                )
                               )
        Plaintiff,             )
                               )
        v.                     )        Case No. MJG-01-3029
                               )
LANKFORD-SYSCO FOOD            )
SERVICES, LLC,                 )
                               )
        Defendant.             )
_____)

## ORDER

Upon consideration of the Joint Motion to Modify Summary Judgment Briefing Schedule,

it is this ___*15th*___ day of ___*June*___, 2002

**ORDERED** that the foregoing Motion is hereby **GRANTED**; and it is

**FURTHER ORDERED** that the Briefing Schedule for Summary Judgment is as follows:

| | | | |
|---|---|---|---|
| a. | Defendant's Motion | – | July 3, 2002 |
| b. | Plaintiff's Opposition | – | July 24, 2002 |
| c. | Defendant's Reply | – | August 7, 2002 |

Judge, U.S. District Court for the
District of Maryland

cc:    Jonathan Topazian, Esq.          Omar V. Melehy, Esq.
       Semmes, Bowen & Semmes, P.C.     Stephani L. Hillman, Esq.
       1001 Connecticut Ave., N.W.      Zipin, Melehy & Driscoll, LLC
       Suite 1100                       8630 Fenton Street, Suite 110
       Washington, D.C. 20036           Silver Spring, Maryland 20910

W0007958.WPD