IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DUSTIN S. TARR                          *

      Plaintiff                     *

    vs.                                  *   CIVIL ACTION NO. MJG-01-3029

LANKFORD-SYSCO FOOD SERVICES,   *
LLC
      Defendant                     *

*       *       *       *       *       *       *       *       *

## JUDGMENT ORDER

By separate order issued this date, the Court has granted the Defendant's Motion for Summary Judgement.

Accordingly:

1. Judgment shall be, and hereby is, entered in favor of Defendant Lankford-Sysco Food Services, Inc. against Plaintiff Dustin S. Tarr dismissing all claims with prejudice with costs.

2. Any and all prior rulings disposing of any claims against any parties are incorporated by reference herein.

3. This Order shall be deemed to be a final judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, on Wednesday, March 5, 2003.

                                                /s/
                             _____
                                  Marvin J. Garbis
                           United States District Judge