IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DUSTIN S. TARR                          *

       Plaintiff               *

       vs.                     *   CIVIL ACTION NO. MJG-01-3029

LANKFORD-SYSCO FOOD SERVICES            *
LLC
       Defendant               *

\*   \*   \*   \*   \*   \*   \*   \*   \*

ORDER CLARIFYING RECORD

It appears that the docket sheet of this case requires clarification in regard to certain matters of no substantive significance.

Accordingly:

1. The Motion for Leave to File, Paper 60, is hereby GRANTED nunc pro tunc to the date of filing.

2. The subject document was considered on the merits.

SO ORDERED, on Friday, 7 March, 2003.

                                           / s /
                              Marvin J. Garbis
                     United States District Judge