UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| DUSTIN S. TARR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. MJG-01-3029 |
| v. | ) |
| | ) |
| LANKFORD-SYSCO FOOD | ) |
| SERVICES, LLC, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT ORDER

Upon consideration of Defendant's Bill of Costs, and any Opposition thereto, it is this

_____ day of _____ 2002

ORDERED, that the foregoing Bill of Costs is hereby GRANTED, and it is

FURTHER ORDERED that judgment in the amount of **$4,766.16** is hereby entered

against Plaintiff Dustin Tarr in favor of Defendant Lankford-SYSCO Food Services, LLC

_____
United States District Judge

cc:   Jonathan R. Topazian
      Semmes, Bowen & Semmes, P.C.
      1001 Connecticut Ave., N.W.
      Suite 1100
      Washington, D.C.  20036

      Omar Melehy, Esq.
      Stephani Hillman, Esq.
      Zipin, Melehy & Driscoll
      8630 Fenton Street, Suite 110
      Silver Spring, Maryland 20910