Casamo & Associates
915 Duke Street
Alexandria, VA 22314
(703) 837-0076   Fax (703) 837-8118

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 63153 | 03/24/2002 | 01-17224 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/12/2002 | KRIV71 | |
| **CASE CAPTION** | | |
| Tarr v. Cisco Food | | |
| **TERMS** | | |
| Due upon receipt | | |

Jonathan Topazian, Esquire
Semmes, Bowen & Semmes
1001 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036

```
Original + one copy, 3-5 day delivery, transcript of:
   Dustin Tarr                              277 Pages        1,066.45
              2-day expedite                                   799.84
              EXHIBITS                       61 Pages           24.40
              Courier                                           25.00
                                                            ---------
                    TOTAL  DUE  >>>>                         1,915.69

              AFTER 04/13/2002 PAY                           2,049.79
```

TAX ID NO.: 54-1572417                                  (202) 822-8250   Fax (202) 822-8258

*Please detach bottom portion and return with payment.*

Jonathan Topazian, Esquire
Semmes, Bowen & Semmes
1001 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036

Invoice No.: 63153
Date        : 03/24/2002
**TOTAL DUE** : **1,915.69**
AFTER 4/13/2002 PAY : 2,049.79

Job No.  : 01-17224
Case No. :
Tarr v. Cisco Food

Remit To:   Casamo & Associates
            915 Duke Street
            Alexandria, VA 22314



DEFENDANT'S EXHIBIT A

Casamo & Associates
915 Duke Street
Alexandria, VA 22314
(703) 837-0076   Fax (703) 837-8118

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 63425 | 04/23/2002 | 01-17226 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 04/04/2002 | GRANWA | |
| CASE CAPTION | | |
| Tarr v. Cisco Food | | |
| TERMS | | |
| Due upon receipt | | |

Jonathan Topazian, Esquire
Semmes, Bowen & Semmes
1001 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036

```
Original+one copy, regular delivery, transcript of:
   Tammy Tarr                                           113 Pages            446.35
              MILEAGE               296.00 Miles @    .31/Mile               91.76
              Postage and delivery                                           10.00
Original+one copy, regular delivery, transcript of:
   William Tarr                                          19 Pages             74.10

                                    TOTAL DUE  >>>>                         622.21

                              AFTER 05/13/2002 PAY                          665.76
```

TAX ID NO.: 54-1572417                                   (202) 822-8250   Fax (202) 822-8258

*Please detach bottom portion and return with payment.*

Jonathan Topazian, Esquire
Semmes, Bowen & Semmes
1001 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036

```
Invoice No.:  63425
Date       :  04/23/2002
TOTAL DUE  :     622.21
AFTER 5/13/2002 PAY :  665.76


Job No.    :  01-17226
Case No.   :
Tarr v. Cisco Food
```

Remit To:   Casamo & Associates
            915 Duke Street
            Alexandria, VA 22314

US Legal Support / dba Block Court Reporting
PO Box 4503
Woodland Hills, CA 91365-4503
(888) 454-3292   Fax (818) 878-9861

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 34037 | 04/05/2002 | 30-24156 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 02/08/2002 | JAKURO | |

**CASE CAPTION**

Tarr vs. Lankford-Sysco

**TERMS**

Due upon receipt

Jonathan Topazian
SEMMES, BOWEN & SEMMES
1001 CONNECTICUT AVE., N.W.
SUITE 1100
WASHINGTON, DC 20036

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    Tobey McNeece                          186 Pages @   2.50/Page   465.00
            Delivery Regular                                          10.00

                                           TOTAL DUE  >>>>           475.00


Thank you. We appreciate your business.  Please call Cherie Kell @ 1-800-987-2687, if
you have any questions.
```

TAX ID NO.: 52-1937472                                        (202) 822-8250

*Please detach and return this portion with your payment*

Jonathan Topazian
SEMMES, BOWEN & SEMMES
1001 CONNECTICUT AVE., N.W.
SUITE 1100
WASHINGTON, DC 20036

```
Invoice No. : 34037
Date        : 04/05/2002
TOTAL DUE   :    475.00


Job No.  : 30-24156
Case No. :
Tarr vs. Lankford-Sysco
```

Remit To:  US Legal Support / dba Block Court Reporting
           PO Box 4503
           Woodland Hills, CA 91365-4503

# INVOICE

US Legal Support / dba Block Court Reporting
PO Box 4503
Woodland Hills, CA 91365-4503
(888) 454-3292   Fax (818) 878-9861

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 34288 | 06/14/2002 | 30-24156 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 02/08/2002 | MAR | |

**CASE CAPTION**

Tarr vs. Lankford-Sysco

**TERMS**

Due upon receipt

Jonathan Topazian
SEMMES, BOWEN & SEMMES
1001 CONNECTICUT AVE., N.W.
SUITE 1100
WASHINGTON, DC 20036

DOCUMENT PRODUCTION SERVICES
Tobey McNeece (Exhibit Billing Only)
    EXHIBITS                     620 Pages @  .35/Page   217.00
    Delivery Regular                                      36.28

                           TOTAL DUE >>>>               253.28

TAX ID NO.: 52-1937472                              (202) 822-8250

*Please detach and return this portion with your payment*

Jonathan Topazian
SEMMES, BOWEN & SEMMES
1001 CONNECTICUT AVE., N.W.
SUITE 1100
WASHINGTON, DC 20036

Invoice No.: 34288
Date       : 06/14/2002
TOTAL DUE  :   253.28

Job No.  : 30-24156
Case No. :
Tarr vs. Lankford-Sysco

Remit To:   US Legal Support / dba Block Court Reporting
            PO Box 4503
            Woodland Hills, CA 91365-4503

US Legal Support / dba Block Court Reporting
PO Box 4503
Woodland Hills, CA 91365-4503
(888) 454-3292   Fax (818) 878-9861

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 34203 | 05/15/2002 | 30-24417 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 04/09/2002 | MAR | MJG-01-3029 |

**CASE CAPTION**

Dustin Tarr vs. Lankford-Sysco Food Service

**TERMS**

Due upon receipt

Jonathan Topazian
SEMMES, BOWEN & SEMMES
1001 CONNECTICUT AVE., N.W.
SUITE 1100
WASHINGTON, DC 20036

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    Rebecca M. Shumaker                     153 Pages @  2.50/Page   382.50
        Condensed & Ascii Combo                                       15.00
1 CERTIFIED COPY OF TRANSCRIPT OF:
    Constant Thomas Kellam                   48 Pages @  2.50/Page   120.00
        Condensed & Ascii Combo                                       15.00
        Delivery Regular                                              13.00


                                      TOTAL DUE >>>>                 545.50
```

Thank you. We appreciate your business. Please call Cherie Kell @ 1-800-987-2687, if you have any questions.

TAX ID NO.: 52-1937472                                        (202) 822-8250

*Please detach and return this portion with your payment*

Jonathan Topazian
SEMMES, BOWEN & SEMMES
1001 CONNECTICUT AVE., N.W.
SUITE 1100
WASHINGTON, DC 20036

```
Invoice No. : 34203
Date        : 05/15/2002
TOTAL DUE   :    545.50


Job No.  : 30-24417
Case No. : MJG-01-3029
Dustin Tarr vs. Lankford-Sysco Food
```

Remit To:   US Legal Support / dba Block Court Reporting
            PO Box 4503
            Woodland Hills, CA 91365-4503



# Sequential, Inc.
**Copying & Printing Services**     Federal ID Number: 52-1914354          Invoice No: 22552       6/12/02

| Client Ref.: | 18012-44 |
|---|---|
| Date Received: | 6/11/02 |
| Date Shipped: | 6/12/02 |

**Billed To:**
Jonathan Topazian
Semmes, Bowen & Semmes
1001 Connecticut Ave, N. W.
11th Floor
Washington, DC 20036

**Requested By:**
Jonathan Topazian
Semmes, Bowen & Semmes
1001 Connecticut Ave, N. W.
11th Floor
Washington, DC 20036

| Type of Work | Originals | Copies | Total Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| Litigation Copying | 2149. | 2 | 4298. | $0.185 | $795.13 |
| Labels - Generating and Affixing | 2149. | 1 | 2149. | $0.050 | $107.45 |

Remark:
1 box for label, 2 copies / Label range : LFSF 3512 to 5660 / Cost include 8 labor hours at custumes office.

|  |  |
|---|---|
| Subtotal: | $902.58 |
| Credit: |  |
| Tax: | $51.90 |
| Freight: |  |
| Postage: |  |
| **Total:** | **$954.48** |

Please remit to:
Sequential, Inc
1615 L Street, N.W. Suite 330
Washington, D. C. 20036
30 DAYS NET
For excellent quality, in order, and on time service, please call 202-293-0500



DEFENDANT'S EXHIBIT B