UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| DUSTIN S. TARR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. MJG-01-3029 |
| v. | ) |
| | ) |
| LANKFORD-SYSCO FOOD | ) |
| SERVICES, LLC, | ) |
| | ) |
| Defendant. | ) |

**PRAECIPE WITHDRAWING
DEFENDANT'S BILL OF COSTS**

PLEASE TAKE NOTICE that Defendant Lankford-SYSCO Food Services, LLC, through undersigned counsel, Semmes, Bowen & Semmes, P.C., hereby respectfully withdraws its Bill of Costs, which was filed on March 19, 2003, with prejudice.

                                               Respectfully Submitted,

                                               s/_____
                                               Jonathan R. Topazian
                                               MD Fed. Bar No. 23761
                                               Semmes, Bowen & Semmes, P.C.
                                               1001 Connecticut Ave., N.W.
                                               Suite 1100
                                               Washington, D.C. 20036
                                               (202) 822-8250
                                               Counsel for Defendant
                                               Lankford-SYSCO Food Services, LLC

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(NORTHERN DIVISION)**

| | |
|---|---|
| DUSTIN S. TARR, | ) |
|     Plaintiff, | ) |
| | ) C.A. No. MJG-01-3029 |
| v. | ) |
| LANKFORD-SYSCO FOOD SERVICES, LLC, | ) |
|     Defendant. | ) |

## CERTIFICATE OF SERVICE

I, Jonathan Topazian, hereby certify that on this 1st day of April 2003, I served a copy of the foregoing by first class mail on the following:

> Omar Melehy, Esq.
> Stephani Hillman, Esq.
> Zipin, Melehy & Driscoll
> 8403 Colesville Road, Suite 610
> Silver Spring, Maryland 20910

                                                s/_____
                                                Jonathan Topazian

W0009319.WPD