```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
```

DUSTIN S. TARR                       *

      Plaintiff              *

      vs.                    *CIVIL ACTION NO. MJG-01-3029

LANKFORD-SYSCO FOOD SERVICES,        *
LLC
      Defendant              *

\*    \*    \*    \*    \*    \*    \*    \*    \*

## ORDER RE UNOPPOSED MOTION

     It appearing that there is no objection, the Motion to Withdraw Bill of Costs by Lankford-Sysco Food Services, Inc. [Paper 66] is GRANTED.

     SO ORDERED, on <u>Monday, January 5, 2004</u>.

                                                  / s /
                                     Marvin J. Garbis
                            United States District Judge